# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRAND TARZANA SURGICAL INSTITUTE, INC**., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**AETNA LIFE INSURANCE COMPANY**, a health benefits corporation doing business in California; **AETNA LIFE & CASUALTY (BERMUDA) LTD**., an insurance underwriting corporation doing business in California; and **DOES 1 through 100**;<br><br>Defendants. | CASE NO. 2:18-cv-08080 DSF (AGRx)_<br><br>*Judge Hon. Dale S. Fischer*<br><br>**ORDER ON RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE [77]** |

The Court, having considered the Rule 41 Stipulation For Dismissal With Prejudice filed, and good cause appearing, IT IS HEREBY ORDERED THAT: The Action is DISMISSED WITH PREJUDICE.  Each party to incur its own costs and attorney's fees.

Date: April 26, 2022

_Dale S. Fischer_
Honorable Dale S. Fischer
United States District Judge

-1-
**ORDER ON RULE 41 STIPULATION FOR DISMISSAL WITH PREJUDICE**